**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JARVIS SIMMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV- 314-JAR |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On April 23, 2012, the parties filed their Joint Stipulation of Dismissal with Prejudice [ECF No. 22] purporting to resolve all outstanding issues in this case. This matter is now before the Court on Plaintiff's Motion to Quash Joint Stipulation of Dismissal with Prejudice [ECF No. 23], a Motion to Join This Case by Walter F. Scott [ECF No. 24], and Plaintiff's Complaint for Brach [sic] of Contract and Damages [ECF No. 25], all filed on May 24, 2012.

After due consideration,

**IT IS HEREBY ORDERED** that Walter F. Scott's Motion to Join this Case [ECF No. 24] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint for Brach [sic] of Contract and Damages [ECF No. 25] is stricken because it was filed without leave of Court.

**IT IS FURTHER ORDERED** that Defendants are granted until **Friday, June 8, 2012**, to respond to Plaintiff's Motion to Quash Joint Stipulation of Dismissal with Prejudice [ECF No. 23].

Dated this 30th day of May, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

2